UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JUDITH BARRIGAS, : | | |
| Plaintiff, : | | |
| : | | |
| v. : | Case No. 17-CV-10232 - JCB | |
| : | | |
| UNITED STATES OF AMERICA, et al. : | Judge Jennifer C. Boal | |
| Defendants. : | | |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

The United States of America respectfully moves for an extension of the deadline to answer or otherwise respond to Plaintiff's Amended Complaint until June 12, 2017. In support of its request for an extension, the Government states:

1. On March 21, 2017, the United States Attorney for the District of Massachusetts was served with a copy of Plaintiff's Amended Complaint. The Attorney General of the United States was served with a copy of Plaintiff's Amended Complaint via certified mail on March 29, 2017.

2. The deadline to respond to Plaintiff's Amended Complaint is May 22, 2017.

3. Counsel for the United States needs additional time to draft and finalize a responsive pleading to the Amended Complaint.

4. Plaintiff's counsel consents to the three-week extension of time.

WHEREFORE, the United States of America respectfully requests that the Court extend the time for it to answer or otherwise respond to the Amended Complaint for an additional three weeks, until June 12, 2017.

Dated: May 18, 2017

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Beatriz T. Saiz*
BEATRIZ T. SAIZ
JORDAN A. KONIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-6585 (v)
202-305-7917 (v)
202-514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
Jordan.A.Konig@usdoj.gov

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that on May 16, 2017, I conferred with Plaintiff's Counsel regarding this motion, and he consented to the three-week extension of time.

*/s/ Beatriz T. Saiz*
BEATRIZ T. SAIZ

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on May 18, 2017.

*/s/ Beatriz T. Saiz*
BEATRIZ T. SAIZ