IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JUDITH BARRIGAS, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-10232-JCB |
| v. | ) ) | Magistrate Judge Jennifer C. Boal |
| UNITED STATES OF AMERICA, THE HOWARD STERN PRODUCTION COMPANY, and HOWARD STERN, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE FOR**
**DEFENDANT UNITED STATES**

      Please enter the appearance of Austin L. Furman as attorney for the defendant United States of America.

Dated: June 8, 2017

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

BEATRIZ T. SAIZ
JORDAN A. KONIG
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6585 (v)
202-305-7917 (v)
202-514-6866 (f)
Beatriz.T.Saiz@usdoj.gov
Jordan.A.Konig@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

*/s/ Austin L. Furman*
AUSTIN L. FURMAN (BBO 669205)
Trial Attorney, Torts Branch
United States Department of Justice
P.O. Box 888, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 616-4272
Facsimile:  (202) 616-5200
Email: Austin.L.Furman@usdoj.gov

*Local Counsel:*

WILLIAM D. WEINREB
Acting United States Attorney

ANNAPURNA BALAKRISHNA
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on June 8, 2017.

/s/ *Austin L. Furman*
AUSTIN L. FURMAN
Trial Attorney, Torts Branch