UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 17-CV-10232-JCB

| | |
|---|---|
| JUDITH BARRIGAS, | ) |
| Plaintiff | ) |
| v. | ) |
| UNITED STATES OF AMERICA, THE HOWARD STERN PRODUCTION COMPANY, HOWARD STERN | ) |
| Defendants | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS HOWARD STERN PRODUCTION COMPANY AND HOWARD STERN'S MOTION TO DISMISS**

NOW COMES the plaintiff in the above-entitled matter and respectfully opposes the defendants The Howard Stern Production Company and Howard Stern's Motion to Dismiss. As grounds for this motion, the plaintiff states that her Amended Complaint is sufficient to properly give Stern fair notice of the plaintiff's claims of interference with her rights of privacy under M.G.L. Chapter 214, § 1B, of Intentional Infliction of Emotional Distress, and of Negligence. The plaintiff also files her Memorandum of Law in further support of her Opposition herewith.

Respectfully submitted,
For the plaintiff,


/s/ Sol J. Cohen
Sol J. Cohen
BBO # 630776
COHEN & SALES, LLC
275 Grove Street, Suite 2-400
Newton, MA 02466
Phone: (617) 621-1151
e-mail: soljcohen@cohenandsales.com

## CERTIFICATE OF SERVICE

      I, Sol J. Cohen, attorney for the plaintiff, hereby certify that on this 1st day of August, 2017, I served a copy of the above document on all attorneys of record in this action via the federal court electronic filing system.

      /s/     Sol J. Cohen
      Sol J. Cohen