UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 17-CV-10232-JCB

| | |
|---|---|
| JUDITH BARRIGAS, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, THE HOWARD STERN PRODUCTION COMPANY, HOWARD STERN | ) ) ) ) |
| Defendants | ) ) |

## AFFIDAVIT OF PLAINTIFF JUDITH BARRIGAS

NOW COMES the plaintiff, Judith Barrigas, and states and deposes as follows:

1. My name is Judith Barrigas. I am the plaintiff in the above matter.

2. I live at 44 Anchor Drive in Sandwich, Massachusetts with my husband, Acacio Barrigas, a long-time veteran of the United States Armed Forces.

3. My husband and I have lived at 44 Anchor Drive in Sandwich, Massachusetts for many years including as of February 13, 2017 when my attorneys filed the Complaint in this case on my behalf, and continuing through the present day.

4. I have had a long career in the field of Human Resources management.

5. On May 19, 2015, I called an IRS service center to discuss potential misapplication of my tax refund for the year 2014.

6. During the airing call with the IRS, I received a barrage of text messages, calls and voice mail messages from unknown callers/individuals, which continued in the hours and days after the call.

7. At the time of the call, my phone number was publicly listed.

8. My name and residence were easily found by a "Google" or other internet search by inputting my phone number into internet search engines.

9. I was unable to change my phone number in response to the onslaught of calls and text messages resulting from the broadcast of my call to the IRS on the Howard Stern Show and on the Stern Show's web site after the call because I was in the midst of a job search, and my phone number was the contact number I had provided to prospective employers.

10. I immediately reported the incident to the IRS and the Stern Show and asked that my private information and phone number removed from any media accessible to the public.

11. When neither Stern nor the IRS responded adequately to my pleas for assistance in removing my personal tax and identifying information from the public domain, I contacted the consumer help line of a local news station and asked them to contact Stern and the IRS.

12. It was only then that I received any reply from Stern or the IRS.

13. When the news outlet, WCVB-TV, asked me for a television interview, I initially declined; however, the news reporter came to my home. At that time, I agreed to an interview only on condition that my name and face be redacted or blocked for the broadcast.

14. At the time of this incident, I was in the midst of a change of employment.

15. I experienced great difficulty finding employment in my field as a result of this incident.

16. I also sustained severe emotional distress with physical symptomology resulting from this incident. I have experienced loss of sleep, anxiety, depression, and exacerbation of a physically disabling myalgia pain condition and a bladder condition.

Signed under the pains and penalties of perjury this 31st day of July, 2017.

*Judith S. Barrigas*
Judith Barrigas