UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 17-CV-10232-JCB

|  |  |
|---|---|
| JUDITH BARRIGAS, | ) |
| Plaintiff | ) |
| v. | ) |
| UNITED STATES OF AMERICA, THE HOWARD STERN PRODUCTION COMPANY, HOWARD STERN | ) |
| Defendants | ) |

**PLAINTIFF'S OPPOSITION TO THE UNITED STATES' MOTION TO DISMISS**

NOW COMES the plaintiff in the above-entitled matter and respectfully opposes the United States' Motion to Dismiss.[1] The plaintiff requests that the Court deny the United States' Motion to Dismiss because the Court has subject matter jurisdiction over both Ms. Barrigas's FTCA claim and her claim under 26 U.S.C. § 7431 and 26 U.S.C. § 6103, because Ms. Barrigas's Amended Complaint is sufficient to properly give the United States fair notice of the plaintiff's FTCA claim of interference with her rights of privacy under M.G.L. Chapter 214, § 1B and because venue is proper in Massachusetts. The plaintiff also files herewith her Memorandum of Law in further support of her Opposition:

---

[1] The United States' Motion is partial. The United States does not seek a substantive dismissal on Ms. Barrigas's claim under 26 U.S.C. § 7431 and 26 U.S.C. § 6103, arguing only the venue is improper with regard to that claim.

Respectfully submitted,
For the plaintiff,


/s/ Sol J. Cohen
Sol J. Cohen
BBO # 630776
COHEN & SALES, LLC
275 Grove Street, Suite 2-400
Newton, MA 02466
Phone: (617) 621-1151
e-mail: soljcohen@cohenandsales.com

## CERTIFICATE OF SERVICE

      I, Sol J. Cohen, attorney for the plaintiff, hereby certify that on this 1st day of August, 2017, I served a copy of the above document on all attorneys of record in this action via the federal court electronic filing system.

      /s/    Sol J. Cohen
      Sol J. Cohen